

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 4:05cr8-WHB-AGN-001

**FREDRICK DWAYNE CAMPBELL**

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Complaint against **FREDRICK DWAYNE CAMPBELL** without prejudice.

DUNN LAMPTON
United States Attorney

By: ALFRED B. JERNIGAN, JR.
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal. Further, this cause is dismissed without prejudice.

SO ORDERED this 27th day of April, 2006.

UNITED STATES DISTRICT JUDGE